UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-353-BO-4

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER TO SEAL |
| | ) | |
| BUDDY BRAYBOY CHRISTIAN | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Sentencing Memorandum in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

This the __14__ day of May, 2014.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA

**SCANNED**