UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Buddy Brayboy Christian                                       Docket No. 5:12-CR-353-4BO

## Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Buddy Brayboy Christian, who, upon an earlier plea of guilty to 18 U.S.C. § 1951(a), Conspiracy to Interfere with Commerce by Threats and Violence, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 15, 2014, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Buddy Brayboy Christian was released from custody on July 18, 2014, at which time the term of supervised release commenced.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

As a condition of supervision, the defendant was ordered to pay restitution in the amount of $3,064 and a $100 special assessment at a rate of $50 per month to commence 60 days after his release from custody. Since his release, he has paid a total of $325 and is currently $1,635 in arrears. The defendant is currently supervised in the Middle District of North Carolina by U.S. Probation Officer David T. Brewer. Since his release from custody, the defendant has resided in the MDNC and the District of South Carolina and has difficulty securing gainful employment. Officer Brewer does not feel that his failure to make regular monthly payments is willful and he will continue efforts to collect restitution. Officer Brewer recommends that the monthly restitution payments be reduced to $25 per month.

On June 19, 2016, the defendant was charged in Scotland County, NC, with the offenses of Assault on a Female (16CR51539). According to the charging document, the defendant did assault Natasha Christian by pulling her hair and hitting her in the face. Officer Brewer reports that the alleged victim is the ex-wife who was also charged with Assault and Injury to Personal Property when the defendant was charged. At this time, it is recommended that the term of supervision be continued until the charge is resolved in state court. Should a conviction occur, the court will be notified.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant's monthly monetary obligation is hereby reduced to $25.

Except as herein modified, the judgment shall remain in full force and effect.

Buddy Brayboy Christian
Docket No. 5:12-CR-353-4BO
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2537
Executed On: July 22, 2016

### ORDER OF THE COURT

Considered and ordered this 25 day of July, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge